UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| SYLVIA AVILA, an individual, | ) | |
| | ) | 2:09-cv-01193-LRH-LRL |
| Plaintiff, | ) | |
| | ) | <u>MINUTE ORDER</u> |
| vs. | ) | |
| | ) | August 26, 2009 |
| AMERICAN BROKERS CONDUIT, a New York corporation, et al., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PRESENT:  THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: ROSEMARIE MILLER       REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):           NONE APPEARING

COUNSEL FOR DEFENDANT(S):       NONE APPEARING

MINUTE ORDER IN CHAMBERS:

Before the court is Plaintiff's Motion for Temporary Restraining Order and Order for Defendants to Show Cause Why a Preliminary Injunction Should Not Issue (#9[1]).  An opposition has been filed by Defendants Aurora Loan Services, LLC (hereafter "Aurora") and Mortgage Electronic Registration Systems, Inc. (hereafter "MERS") (#10).

It appearing that this court granted Defendants Aurora and MERS's motion to dismiss complaint (Order #7) on August 11, 2009, and that other defendants have either not been served or appear to be uninvolved parties in the eviction action Plaintiff seeks to restrain,

IT IS HEREBY ORDERED that Plaintiff's motion for a temporary restraining order (#9) is DENIED.

Sanctions requested by Defendants Aurora and MERS are also DENIED.

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By: _____/s/_____
                Deputy Clerk

[1]Refers to court's docket number.